**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                        No. CR 13-00006-1 WHA

        Plaintiff,

  v.                                       **ORDER RE DEFENDANT
                                                 TERRY JACKSEN'S REQUEST
TERRY JACKSEN,                                   FOR DISCOVERY**

        Defendant.

                           /

      On February 28, defendant Terry Jacksen filed a motion to suppress evidence and request to participate in the hearing scheduled for March 8.  That hearing was set by order dated February 19 based on Eric Mendonca's earlier filed motion to suppress and request for a *Franks* hearing.  Counsel for Jacksen, Attorney Deborah Levine has also filed a request for discovery.

      Documents that have been produced by the government or received by counsel for Mendonca in connection with the *Franks* hearing, whether subpoenaed pursuant to motion by counsel for Mendonca or otherwise produced by the government, shall be provided to Attorney Levine **ON OR BEFORE MARCH 8, 2013**.  As the March 8 hearing was ordered well in advance of Attorney Levine's request for discovery and motion to suppress, no continuances will be granted by reason of any discovery issues related to Attorney Levine's request or this order authorizing production.  The extent of Attorney Levine's participation in the hearing will be determined at the hearing on March 8.

      **IT IS SO ORDERED.**

Dated:  March 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE