1  MELINDA HAAG (CABN 132612)
United States Attorney

2

3  MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4  BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorneys

5

6  1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3697

7  Fax: (510) 637-3724
E-Mail: Brigid.Martin@usdoj.gov

8

Attorneys for the United States of America

9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )      No. CR 13-00006-1 WHA
                                     )
                                     )      STIPULATED MOTION TO WITHDRAW
14                                   )      DEFENDANT'S MOTION AND
                                     )      REQUEST TO SET CHANGE OF PLEA
15     v.                            )      FOR APRIL 16, 2013
                                     )
16  TERRY JACKSEN,                   )
                                     )
       Defendant.                    )
17                                   )
                                     )
18                                   )
                                     )
19  _____ )

20       The parties in the captioned matter have reached a plea agreement.  As such, the parties

21  hereby stipulate that the defendant Jacksen agrees to withdraw his Motion to Suppress Evidence

22  Based on Unlawful Search and Seizure and Request for Franks Hearing (Dkt. 85).

23       The plea agreement the parties will submit to the Court is a binding agreement under

24  Federal Rule of Criminal Procedure 11(c)(1)(C), thus the parties agree that if their agreement is

25  not accepted by the Court, the defendant will not be precluded from refiling this motion to

26  suppress or any other pretrial motions.

27       Finally, the parties have conferred and wish to place this matter on the Court's calendar,

28  if it is convenient to the Court, on April 16, 2013 at 2:00 p.m., for a change of plea.  The

STIP. MOT. TO WITHDRAW DEF. MOT. AND
REQUEST TO SET CHANGE OF PLEA
CR 13-00006-1 WHA

1    government will submit for the Court's review a copy of the Plea Agreement no later than

2    Tuesday, April 9, 2013, one week prior to the anticipated change of plea.

3

4                                              Respectfully submitted,

5

6    Date: April 4, 2013                       /s/ Brigid S. Martin
                                                Brigid S. Martin
7                                               Assistant United States Attorney

8

9    Date: April 4, 2013                       /s/ Deborah Levine
                                                Deborah Levine
10                                              Counsel for Terry Jacksen

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. MOT. TO WITHDRAW DEF. MOT. AND
REQUEST TO SET CHANGE OF PLEA
CR 13-00006-1 WHA

1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13   UNITED STATES OF AMERICA,          )       No. CR 13-00006-1 WHA
                                         )
14                                       )       [PROPOSED] ORDER VACATING
                                         )       DATES FOR PENDING MOTION AND
15       v.                              )       SETTING CHANGE OF PLEA ON APRIL
                                         )       16, 2013
16   TERRY JACKSEN,                      )
                                         )
17       Defendant.                      )
                                         )
18                                       )
                                         )
19   _____)

20       Upon the stipulation of the parties, **IT IS HEREBY ORDERED** that the defendant Terry

21   Jacksen's pending Motion to Suppress Evidence Based on Unlawful Search and Seizure and

22   Request for Franks Hearing (Dkt. 85) is **WITHDRAWN** and the existing briefing schedule (Dkt.

23   125) is **VACATED**.

24       **IT IS FURTHER ORDERED** that this matter is set for change of plea hearing on April

25   16, 2013, at 2:00 p.m.

26

27   DATED: April 5, 2013.                       _____
                                                 HON. WILLIAM ALSUP
28                                               United States District Court Judge

STIP. MOT. TO WITHDRAW DEF. MOT. AND
REQUEST TO SET CHANGE OF PLEA
CR 13-00006-1 WHA