UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TERRY JACKSEN and MICHAEL PUCKETT,<br><br>    Defendants. | Case No. CR 13-006 WHA<br><br>[~~PROPOSED~~] FINAL ORDER OF FORFEITURE |

On March 13, 2014, the Court entered an Amended Preliminary Order of Forfeiture, forfeiting all right, title, and interest in:

 a. A Winchester magnum .22 caliber rifle bearing serial number F491482;
 b. A Savage Model 3 3.06 caliber rifle bearing serial number F849944;
 c. A Burgo .22 caliber revolver bearing serial number 66555; and
 d. A Remington Model 870 shotgun bearing serial number W536799M.

("subject property")

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:  December 16, 2014.

_____
WILLIAM ~~H.~~ ALSUP
United States District Judge