UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. CR 13-0006 WHA** |
| ) | |
| Plaintiff, ) | **AMENDED [PROPOSED] FINAL ORDER OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| TERRY JACKSEN, and ) | |
| MICHAEL PUCKETT, ) | |
| ) | |
| Defendant(s). ) | |

On March 03, 2014, the court entered an Amended Preliminary Order of Forfeiture forfeiting the following property:

    a.  A Winchester magnum .22 caliber rifle bearing serial number F491482;

    b.  A Savage Model 3 3.06 caliber rifle bearing serial number F849944; and

    c.  A Burgo .22 caliber revolver bearing serial number 66555,

pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(c).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

AMENDED [PROPOSED] FINAL ORDER OF FORFEITURE
CR 13-0006 WHA                                          1

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(c). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: June 29, 2015.

_____
WILLIAM ALSUP
United States District Judge