SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, CA. 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannon.com

Attorneys for Defendant
    TERRY JACKSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0006 WHA |
| Plaintiff, | |
| v. | **STIPULATION AND [proposed] ORDER TO CONTINUE HEARING** |
| TERRY JACKSEN, | |
| Defendant. | |

    The parties appeared before this Court on September 5, 2017 with regard to an Amended Supervised Release Petition regarding Mr. Jacksen's alleged continued use of methamphetamine. United States Probation Officer Cris Taylor reported to the Court, as he had previously reported to both counsel, that Mr. Jacksen was otherwise performing well on supervised release, including being employed full-time and reporting faithfully to Mr. Taylor. The Court expressed concern about Mr. Jacksen's alleged continued use of methamphetamine. Mr. Taylor told the Court that the parties had discussed and tentatively agreed on a proposed resolution, but Mr. Sugarman was not present in Court to conclude those discussions. This Court continued this matter to October 10, 2017 for further review of the Petition.

Prior to that hearing, counsel for Mr. Jacksen and Mr. Taylor discussed the possibility of Mr. Jacksen entering residential drug treatment. However, Mr. Taylor explained that at that time he believed for several reasons it was not feasible to place Mr. Jacksen in residential drug treatment. Still, Mr. Taylor learned about 10 days ago that he could place Mr. Jacksen in residential treatment for 31 days, and on September 27, 2017, Mr. Taylor enrolled in a residential treatment program. As Mr. Taylor wrote to both counsel:

> Terry Jacksen has a pending revocation matter schedule before the court on October 10, 2017. The nature of the violations of supervised release are all substance abuse related. On September 27, 2017, Terry Jacksen entered Turning Point residential substance-abuse treatment program in Santa Rosa. He was able to be placed on a 31-day residential bed space.
>
> United States Probation has been able to confirm with [Mr. Jacksen's] employer that they will hold his position until his release on or about November 1, 2017. Based on the nature of the violations pending before the court, United States Probation, Scott Sugarman (defense counsel), and Claudia A. Quiroz (Assistant United States Attorney) jointly believe that residential substance-abuse treatment is in Mr. Jacksen's best interest.
>
> As a result, it is respectfully requested that the court move the pending revocation matter to November 21, 2017.

The parties request this continuance because Mr. Taylor informed counsel for both parties that Turning Point does not permit the participants in their residential drug treatment program to leave during the program. Because Mr. Jacksen will not have concluded the program by the October 10, 2017 hearing, the parties respectfully request a continuance so that his treatment is not disrupted.

The parties concur in Mr. Taylor's comments above, and believe it would be useful to allow Mr. Jacksen to complete the 31-day residential program he entered a week ago. Counsel are not able to appear until November 21, 2017. Accordingly, the parties STIPULATE to

continue the scheduled hearing from October 10, 2017 at 2:00 p.m. to November 21, 2017 at 2:00 p.m.

Undersigned defense counsel spoke with United States Probation Officer Taylor and he agrees with this requested continuance.

IT IS SO STIPULATED.

DATED: October 5, 2017             /s/
Claudia A. Quiroz
Assistant United States Attorney

DATED: October 5, 2017             /s/
Scott A. Sugarman
Attorney for Terry Jacksen

SO ORDERED.

DATE:     October 5, 2017.

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE